IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE LASALLA and <br> DARREN LASALLA, <br><br> Plaintiff, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | CIVIL ACTION No. 1:07-cv-00290-PLF |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: February 16, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ John Chadwick Coots
John Chadwick Coots, DC Bar No. 461979
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

137783v1

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 16th day of February, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

                /s/ John Chadwick Coots
                **ATTORNEY FOR DEFENDANT**
                **ELI LILLY AND COMPANY**