IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE LASALLA and<br>DARREN LASALLA,<br><br>        Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION No. 1:07-cv-00290-PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: February 16, 2007

                                    Respectfully Submitted,

                                    SHOOK, HARDY & BACON, L.L.P.

                                    /s/ Emily J. Laird
                                    Emily J. Laird, DC Bar No. 485890
                                    600 14th Street, N.W., Suite 800
                                    Washington, D.C. 20005-2004
                                    (202) 783-8400 Telephone
                                    (202) 783-4211 Facsimile

                                    **ATTORNEYS FOR DEFENDANT**
                                    **ELI LILLY AND COMPANY**

137784v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 16th day of February, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

/s/ Emily J. Laird
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**